## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Johnson,
    Plaintiff(s),

V.

Pentagroup Financial,
    Defendant(s),

CIVIL ACTION

NO. **10-40100- FDS**

## SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

    The Court having been advised on   September 15, 2010   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                  By the Court,

  September 16, 2010                           /s/ Martin Castles
        Date                                           Deputy Clerk